IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LISA LYONAIS,

    Plaintiff,

vs.                      CASE NO.: 4:04cv309-SPM/AK

DEPARTMENT OF FINANCIAL
SERVICES, STATE OF FLORIDA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Defendant's Notice of Settlement (doc.53) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 13th day of June, 2005.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge